UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA - RENO

| | |
|---|---|
| MARJORIE J. RINEHOLD )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>INDYMAC BANK, F.S.B., A FEDERALLY )<br>CHARGED SAVINGS BANK, MERSCORP, )<br>INC., a Virginia corporation, MORTGAGE )<br>ELECTRONIC REGISTRATION SYSTEM, )<br>INC., a subsidiary of MERSCORP, INC., a )<br>Delaware corporation, [MERS], TICOR )<br>TITLE RENO aka TICOR TITLE OF )<br>NEVADA, INC.; QUALITY LOAN )<br>SERVICE CORP.; STEWART TITLE OF )<br>NORTHERN NEVADA; ONEWEST BANK, )<br>FSB, and DOES 1-25 CORPORATIONS; )<br>DOES and ROES 1-25 Individuals, )<br>[Partnerships, or anyone claiming any interest )<br>to the property described in the action. )<br>)<br>Defendants. )<br>)<br>_____ ) | CASE NO: 3:10-cv-00476-LRH<br><br>**ORDER ON MOTION TO EXPUNGE PENDENCY OF ACTION** |

Defendant OneWest Bank, FSB filed a Motion to Expunge the Notice of Pendency of Action recorded by plaintiff Marjorie Rinehold on title to the real property located at 2065 California Avenue, Reno, Nevada (APN: 010-412-09) on June 22, 2010 with the Washoe County Recorder as Document No. 3894034.

The Court having reviewed and considered all the papers and pleadings on file herein,

1

and good cause appearing therefor;

   IT IS ORDERED, ADJUDGED AND DECREED

   1.   The Motion to Expunge Pendency of Action is granted for the reasons set forth in the Motion, and

   2.   The Notice of Lis Pendens recorded on June 22, 2010, with the Washoe County Recorder as Document No. 3894034, on title to the real property located at 2065 California Avenue, Reno, Nevada (APN: 010-412-09) is expunged.

DATED this 13th day of May, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE